# Court of Appeals
# of the State of Georgia

ATLANTA,  March 21, 2022

*The Court of Appeals hereby passes the following order:*

**A22A0999. IN THE INTEREST OF S.J.R.R., A CHILD (MOTHER).**

Appellant's Motion for Permission to Withdraw the Appeal is hereby GRANTED, and jurisdiction is released back to the trial court upon receipt of this order.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,  03/21/2022*

        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*